IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL SHOKOHI,

        Plaintiff,

v.

JP MORGAN CHASE BANK, and DOES1 THROUGH 100,

        Defendants.
_____/

No. CV-11-4947 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

        Chase's motion to dismiss the complaint in its entirety is hereby

        GRANTED and the complaint is hereby DISMISSED with prejudice.

Dated: November 8, 2011                          Richard W. Wieking, Clerk

                                                        *Tracy Lucero*
                                                        By: Tracy Lucero
                                                        Deputy Clerk