IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL SHOKOHI,

        Plaintiff,

v.

JP MORGAN CHASE BANK, and DOES 1 THROUGH 100,

        Defendants.

No. CV-11-4947 MMC

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    Chase's motion to dismiss the complaint in its entirety is hereby

    GRANTED and the complaint is hereby DISMISSED with prejudice.

Dated: November 8, 2011

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk